UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
*Alexandria Division*

In Re:

HEATHER A TRUMBLE,

   Debtor.                                                                Case No: 19-12607-BFK

NAVY FEDERAL CREDIT UNION,

   Movant,                                                               Chapter 13

v.

HEATHER A TRUMBLE,
THOMAS P. GORMAN, Trustee,

   Respondents.

ORDER GRANTING RELIEF FROM STAY

Upon consideration of the Notice and Certificate of Default of Navy Federal Credit Union and Consent Order Modifying Automatic Stay previously entered herein; it is

ORDERED that the automatic stay imposed by 11 U.S.C. § 362 is modified to permit the Movant and its successors and assigns to enforce the lien of its Deed of Trust as it pertains to the real property located at 22021 Manning Square, Sterling, VA 20166,

Robyn D. Pepin, VSB #77784
John J. Chappell, III, VSB #88617
Alexander M. A. Rivera, VSB #98374
Mengkun Chen, VSB #95725
Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510
757-625-6787
*Attorneys for Navy Federal Credit Union*

and is more particularly described as follows:

> Lot 155, Section 14, PEACE PLANTATION II (DOMINION STATION), as the same appears duly dedicated, platted and recorded in Deed Book 1318 at Page 1818, among the Land Records of Loudoun County, Virginia.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary to obtain possession of the property.

Done at Alexandria, Virginia.

DATE: Dec 7 2023

/s/ Brian F Kenney

Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: Dec 8 2023

I ask for this:

/s/ Mengkun Chen

Mengkun Chen, VSB #95725
Crown Center Building, Suite 600
580 East Main Street
Norfolk, VA 23510
757-625-6787
*Counsel for Navy Federal Credit Union*

### CERTIFICATION

The undersigned certifies that the foregoing Order Granting Relief from Stay is identical to the form Order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made.

/s/ Mengkun Chen

Mengkun Chen

## CERTIFICATE

I hereby certify that on December 7, 2023, a true copy of the foregoing Order was mailed, first class, postage prepaid to all necessary parties: Robert D. Moreton, Attorney for Debtor, at 761C Monroe Street, Suite 100, Herndon, VA 20170, to Thomas P. Gorman, Trustee, at 1414 Prince St., Ste. 202, Alexandria, VA 22314, and to Heather A Trumble, Debtor, at 22021 Manning Square, Sterling, VA 20166.

/s/ Mengkun Chen
Mengkun Chen

PARTIES TO RECEIVE COPIES:

Robert D. Moreton, Esquire (Via electronic transmittal)

Thomas P. Gorman, Trustee (Via electronic transmittal)

Heather A Trumble
22021 Manning Square
Sterling, VA 20166

Mengkun Chen, Esquire (Via electronic transmittal)