UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>HEATHER A TRUMBLE<br><br><br>Debtor | Chapter 13<br><br>Case No. 19-12607-BFK |

### MOTION TO DISMISS,
### NOTICE OF MOTION TO DISMISS
### AND
### NOTICE OF SCHEDULED HEARING ON THIS MOTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(6)** - Fourth material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements. Trustee's initial Motion to Dismiss was withdrawn. Trustee's second Motion to Dismiss for material default was withdrawn when Debtor brought account current. Trustee's third Motion to Dismiss was also withdrawn when Debtor brought account current. Debtor is again in default on Plan payments.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1. Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Heather A Trumble, Case #19-12607-BFK

***Attend the hearing to be held on January 11, 2024 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 1414 Prince Street, Suite 202
> Alexandria, VA 22314

> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __December 11, 2023_____          __/s/ Thomas P. Gorman_____
                                        Thomas P. Gorman
                                        Chapter 13 Trustee
                                        1414 Prince Street, Suite 202
                                        Alexandria, VA 22314
                                        (703) 836-2226
                                        VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 11th day of December, 2023, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Heather A Trumble | Robert Douglas Moreton |
| Chapter 13 Debtor | Attorney for Debtor |
| 22021 Manning Square | Moreton & Edrington, PLC |
| Sterling, VA 20166 | 297 Herndon Parkway, Suite 203 |
| | Herndon, VA 20170 |

                                        ___/s/ Thomas P. Gorman_____
                                        Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 12/11/2023

CASE NO: 19-12607-BFK
STATUS: BASE PLAN

DEBTOR: XXX-XX-6679
TRUMBLE, HEATHER A
AKA:

DATE FILED: 08/06/2019
CONFIRMED: 04/07/2020
LATEST 341: 09/03/2019
PERCENTAGE: 19.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 09/2019
ON SCHEDULE: 42,210.47
ACTUAL PAYMENTS: 40,570.71
AMOUNT BEHIND: 1,639.76

22021 MANNING SQUARE
STERLING, VA 20166

ATTORNEY: ROBERT DOUGLAS MORETON
MORETON & EDRINGTON, PLC
297 HERNDON PARKWAY, SUITE 203
HERNDON, VA 20170
Phone:703 437-7305 Fax: 703 592-6316

Needed to Complete Base:
BASE: 49,589.39
        9,018.68

SCHEDULE: 819.88 MONTHLY
TOTAL PAID: 40,570.71

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 10/04/23 | PC | 819.88 |
| 08/08/23 | PC | 819.88 |
| 08/04/23 | PC | 819.88 |
| 07/13/23 | PC | 819.88 |
| 07/13/23 | PC | 819.88 |
| 05/02/23 | PC | 819.88 |
| 03/14/23 | PC | 819.88 |
| 02/27/23 | PC | 1,639.76 |
| 12/05/22 | PC | 1,639.76 |
| 11/14/22 | OC/TRUIST | 2,459.64 |
| 10/03/22 | PC | 819.88 |
| 08/15/22 | OC/TRUIST | 3,279.52 |
| 05/17/22 | OC/TRUIST | 1,866.76 |
| 03/25/22 | PC | 1.479.19 |

## DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 003 | 337702 | FIFTH THIRD BANK, N.A. | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
| 004 | 325893 | NATIONWIDE ADVANTAGE | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | VATAX | VIRGINIA DEPT. OF TAXATION | PRO | PRI 100.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | Not Filed |
| 002 | 345413 | NAVY FEDERAL CREDIT UNION R/S ORD EOD 12/8/23 | FIX-I 03/2023 | SEC 100.00 | | 715.40 0.00 | 29,331.28 28,629.87 | 29,331.28 29,331.28 | 29,331.28 0.00 | Closed |
| 005 | 349793 | CAPITAL ONE BANK USA, N.A. | PRO 10/2023 | UNS 19.00 | | 0.00 0.00 | 12,586.41 12,586.41 | 12,586.41 2,391.42 | 1,796.88 0.00 | 594.54 0.00 |
| 006 | 349793 | CAPITAL ONE BANK USA, N.A. | PRO 10/2023 | UNS 19.00 | | 0.00 0.00 | 4,016.18 4,016.18 | 4,016.18 763.07 | 573.36 0.00 | 189.71 0.00 |
| 007 | 349323 | MARCUS BY GOLDMAN SACHS | PRO 10/2023 | UNS 19.00 | | 0.00 0.00 | 10,861.10 10,834.00 | 10,861.10 2,063.61 | 1,550.57 0.00 | 513.04 0.00 |
| 008 | 284372 | IC SYSTEM BANFIELD PET HOSP | PRO | UNS 19.00 | | 0.00 0.00 | 0.00 274.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 009 | 350689 | JPMORGAN CHASE BANK, N.A. | PRO 08/2023 | UNS 19.00 | | 0.00 0.00 | 1,019.82 1,049.00 | 1,019.82 193.77 | 131.18 0.00 | 62.59 0.00 |
| 010 | 355024 | LENDING CLUB BANK | PRO 10/2023 | UNS 19.00 | | 0.00 0.00 | 4,526.31 4,479.00 | 4,526.31 860.00 | 646.30 0.00 | 213.70 0.00 |
| 011 | 314458 | NAVY FEDERAL CREDIT UNION | PRO 10/2023 | UNS 19.00 | | 0.00 0.00 | 15,517.99 15,517.99 | 15,517.99 2,948.42 | 2,215.38 0.00 | 733.04 0.00 |
| 012 | 343086 | NC FINANCIAL | PRO | UNS 19.00 | | 0.00 0.00 | 0.00 8,620.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 013 | 355294 | US DEPARTMENT OF EDUCATION | PRO 08/2023 | UNS 19.00 | | 0.00 0.00 | 4,128.23 4,505.00 | 4,128.23 784.36 | 530.88 0.00 | 253.48 0.00 |
| 014 | 348306 | PATIENT FIRST | PRO 08/2023 | UNS 19.00 | | 0.00 0.00 | 895.69 891.00 | 895.69 170.18 | 115.22 0.00 | 54.96 0.00 |
| 015 | 318419 | WASHINGTON REDSKINS | PRO | UNS 19.00 | | 0.00 0.00 | 0.00 7,731.92 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 016 | 349876 | VERIZON BY AMERICAN INFOSOURCE UNLISTED-NO RESP-ALLOW & PAY | PRO 07/2023 | UNS 19.00 | | 0.00 0.00 | 281.84 0.00 | 281.84 53.55 | 28.28 0.00 | 25.27 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                     Case Power® 12.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 12/11/2023

CASE NO: 19-12607-BFK
STATUS: BASE PLAN

DEBTOR: XXX-XX-6679
TRUMBLE, HEATHER A

SCHEDULE: 819.88 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | MORETO | ROBERT DOUGLAS MORETON | PRO / 04/2020 | ATY / 100.00 | | 0.00 / 0.00 | 5,500.00 / 5,500.00 | 500.00 / 500.00 | 500.00 / 0.00 | 0.00 / 0.00 |
| | | Trustee Administrative Fees | | | | | | 3,043.82 | 3,043.82 | |
| | | | | | TOTALS: | 715.40 / 0.00 | 59,333.57 / 76,004.50 | 57,377.39 / 13,772.20 | 40,463.15 / 0.00 | 2,640.33 / 0.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 5,500.00 | 0.00 | 0.00 | 70,504.50 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 500.00 | 0.00 | 0.00 | 10,228.38 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 500.00 | 0.00 | 0.00 | 7,588.05 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 0.00 | 0.00 | 2,640.33 | 0.00 | DUE CREDITORS: | 2,640.33 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 190.64 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 107.56 |
| BALANCE DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 2,640.33 | 0.00 | APPROX BALANCE: | 2,723.41 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.

Case Power® 12.5